## (May 10, 1960)

■ BERNARD WEISINGER, Appellant, v. BERNARD BERFOND et al., Respondents.— Motion to dismiss appeals denied on condition that appellant be ready to argue or submit the appeals at the June 1960 Term, beginning May 23, 1960, for which term the appeals are ordered to be placed on the calendar. The records and appellant's brief must be served and filed on or before May 18, 1960. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (May 11, 1960)

■ In the Matter of MOLLY PATRICK et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and CHARLES BERKMAN, Appellant.— In a proceeding which, *inter alia,* seeks to cancel the registration of Charles Berkman as a voter and elector, said Charles Berkman, appearing specially, appeals from an order of the Supreme Court, Kings County, dated May 11, 1960, which denied his motion to dismiss the petition on the ground that it is insufficient. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLARD R. RYDER, Appellant.— Motion to dispense with printing denied, without prejudice to renewal upon service by the defendant of a timely notice of appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (May 12, 1960)

■ In the Matter of ALBERT MARTIN COHEN, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent to extend his time to appear before the Judicial Inquiry until after the determination of his petition for certiorari to the United States Supreme Court. Motion denied, without prejudice to renewal after the Supreme Court's determination of such petition. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur; Kleinfeld, J., dissents and votes to grant the motion, with the following memorandum: From the majority's decision it would appear that they deem this application premature, but that they would be disposed to consider it favorably if it be made after the determination of the certiorari petition. In my opinion, the application before this court is not premature, and it should be granted now. The issues which respondent is seeking to have determined with finality in the United States Supreme Court are fundamental and are of vital importance to the members of the Bar, the courts and the public. Until the highest court in the land has spoken these issues will remain unsettled and unresolved. In prosecuting his certiorari petition this respondent is thus performing a distinct public service for all concerned. His action, therefore, should be facilitated.

## (May 16, 1960)

■ ACE UTILITIES, INC., Respondent, v. NATHAN R. CARB, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The

record and appellant's brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SOPHIE BRAY et al., Appellants, v. CITY OF MOUNT VERNON et al., Respondents.— Motion by respondent the City of Mount Vernon to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SADIE BOSNIAK, Doing Business as RICHARD VENDING AND MUSIC COMPANY, Appellant, v. ROBERT A. McEVOY, Doing Business as TOWN AND COUNTRY VENDING SERVICE, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ CHARLOTTE BUDOWSKY, Respondent, v. JACK BUDOWSKY, Appellant.— Motion for a stay denied, without costs. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ CATING ROPE WORKS, INC., Respondent, v. PETER C. JOHNSON et al., Appellants.— Motion for a stay denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ WINIFRED CONMY, Respondent, v. ST. VINCENT'S RETREAT FOR NERVOUS & MENTAL DISEASES, Appellant.— Motion to stay the trial pending determination of the appeal herein granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ STEPHEN FIGURKA, Respondent, v. AMELIA FIGURKA, Appellant.— Motion for leave to appeal as a poor person granted. The appeal will be heard on a typewritten record (including the typed minutes) and on a typewritten brief. Appellant is directed to file two copies of the record and five copies of appellant's brief, and to serve one copy of the record and the brief on the attorney for respondent. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ R. J. GALLAGHER, Respondent, v. JOSEPH A. FENNINGER & SONS, INC., Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MARY A. HEINE, Appellant, v. EGBERT L. HEINE et al., Respondents.— Motion by respondents for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. On the court's own motion, the decision handed down April 11, 1960 is amended by striking therefrom the last sentence and by substituting therefor the following sentence: The decision in *Laff* v. *Laff* (5 Misc 2d 554, affd. 4 A D 2d 874) is not controlling here, since it was rendered after a trial of the issues involved and since the power of attorney authorizing a Mexican lawyer to appear for the defendant in that action was before the court and the court found it to be valid. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ KENNETH S. HYATT, Respondent, v. CARMINE PEDUTO, Appellant.— Motion for a stay granted on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record